Joseph McCormick III, OSB # 182760
jmccormick@wrightlegal.net
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050
FAX: (949) 608-9142
Attorneys for PHH Mortgage Corporation,
Deutsche Bank Trust Company, and NewRez, LLC


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JOHN M. WILSON, an individual and KRIS-TINE R. WILSON, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation, NEWREZ LLC, a Delaware Limited Liability Company, DEUTSCHE BANK TRUST COMPANY, a New York Corporation, QUALITY LOAN SERVICE CORPORATION of WASHINGTON, a Washington Corporation, McCARTHY & HOLTHUS, LLP, a California Limited Liability Partnership and HOLLYVALE RENTAL HOLDINGS LLC, a California Corporation,<br><br>DEFENDANTS. | Case No. 3:22-cv-00830-YY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**INTRODUCTION**

Plaintiffs, John M. Wilson and Kristine R. Wilson ("Plaintiffs"), and Defendants PHH Mortgage Corporation ("PHH MC"); Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities Trust 2003-3, Mortgage Loan Asset Backed Certificates, Series 2003-3 (incorrectly named as Deutsche Bank Trust Company) ("Deutsche Trust"); and NewRez, LLC ("NewRez") (collectively, "Stipulating Parties"), hereby stipulate and jointly move to dismiss this case with prejudice and without an award of fees or costs to any party.


STIPULATION TO DISMISS WITH PREJUDICE

- 1

**Stipulated to by:**

**Wright, Finlay & Zak, LLP**

_/s/ Joseph T. McCormick III_                    Dated: March 27, 2026
Joseph T. McCormick III, OSB # 182760
_Attorneys for stipulating Defendants_

And

**Michael D. O'Brien & Assoc., PC**

_/s/ Michael D. O'Brien_                         Dated: March 27, 2026
Michael D. O'Brien, OSB # 951056
Brian Flick, pro hac vice
_Attorneys for Plaintiffs1_


_/s/ Brian Flick_                                Dated: March 27, 2026
Brian Flick, pro hac vice
_Attorneys for Plaintiffs_


## ORDER

Based on the stipulation of Plaintiffs and John M. Wilson and Kristine R. Wilson ("Plaintiffs"), and Defendants PHH Mortgage Corporation ("PHH MC"); Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities Trust 2003-3, Mortgage Loan Asset Backed Certificates, Series 2003-3 (incorrectly named as Deutsche Bank Trust Company) ("Deutsche Trust"); and NewRez, LLC ("NewRez"),

The Court does hereby ORDER:

1. The case is dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.


Dated:  March 30, 2026        .            _/s/ Youlee Yim You_
                                           Youlee Yim You
                                           United States Magistrate Judge


STIPULATION TO DISMISS WITH PREJUDICE

- 2